# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARK YEDOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-05364 |
| ) | |
| v. ) | |
| ) | Hon. Franklin U. Valderrama |
| KELLY SERVICES INC. ) | |
| D/B/A KELLY OCG PROFESSIONAL ) | |
| PAYROLL OUTSOURCING, and ) | Magistrate Judge Jeffrey T. Gilbert |
| MONDELEZ GLOBAL, LLC ) | |
| ) | |
| Defendants. ) | |

## AGREED DISMISSAL ORDER

This cause, coming to be heard upon the Parties' Joint Motion, and it appearing to the Court that the said cause has been resolved by the parties:

IT IS HEREBY ORDERED, adjudged and decreed that this case is hereby dismissed against Defendants without prejudice, with each party bearing its own costs and fees, which will automatically convert to a dismissal with prejudice forty-five (45) days after this Court's entry of dismissal without further order or notice.

Prepared By:
Name: Nicholas Kreitman
Kreitman Law, LLC
Atty. For Plaintiff
Address: 22 W. Washington St. 15th Floor
City/Zip: Chicago, IL 60602
Telephone: 847-970-0575
ILND#:6313283
njk@kreitmanlaw.com

Entered: February 11, 2021

_____
United States District Judge
Franklin U. Valderrama