## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mark Yedor
                              Plaintiff,

v.                                            Case No.: 1:19−cv−05364
                                                               Honorable Franklin U. Valderrama

Kelly Services Inc., et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 17, 2021:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the District Judge's dismissal of this case [71], all matters relating to the referral of this case have been resolved. Referral terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.